IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT PORTER, ) | |
| ) | Civil Action No. 04 - 1228 |
| Plaintiff, ) | |
| ) | Judge Thomas M. Hardiman / |
| v. ) | Magistrate Judge Lisa Pupo Lenihan |
| ) | |
| A. KING, Correction Officer; ORENBAUN, ) | |
| Correction Officer; CONNOR, Correction ) | |
| Officer; MARK CAPOZZA, Unit Manager; ) | |
| DURCO, (Sergeant); LIEUTENANT BALL; ) | |
| and SERGEANT NEGLEY, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff, Robert Porter, a prisoner at S.C.I. Camp Hill, submitted a Motion to Amend the Caption (Doc. No. [64]) on April 6, 2007, requesting that the Defendant originally named in the complaint as "THE LIEUTENANT" be changed to 'LIEUTENANT BALL". The Plaintiff had filed a Motion to file an Amended Complaint (Doc. No. 50) on March 20, 2007, which the Court interpreted as a motion to amend the caption. The Court entered an Order (Doc. No. [60]) on March 29, 2007, granting the motion and ordering hte Clerk of Court to make the exact change in the caption that Plaintiff requests in this immediate motion. A current copy of the docket will be attached to this order so that Plaintiff will be aware of how the current caption reads. Therefore,

**IT IS ORDERED** this 6th day of April, 2007, that Plaintiff's Motion to Amend the Caption (Doc. No. 64), is **DENIED** as moot.

**IT IS FURTHER ORDERED** that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

       s/Lisa Pupo Lenihan
Lisa Pupo Lenihan
U.S. Magistrate Judge

cc:    ROBERT R. PORTER
       DU-6434]
       SCI Camp Hill
       P.O. Box 200
       Camp Hill, PA 17001

       Counsel of record.